Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−22864−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henrry Martinez
   202 Ward Street
   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−9899

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 21, 2017
JAN: gan

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-22864-CMG
Henry Martinez                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 21, 2017
                              Form ID: cscnodsc        Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db           +Henry Martinez,   202 Ward Street,   New Brunswick, NJ 08901-3016
516898348     Crown Asset Management LLC,   100 Breckinridge Blvd #725,   Duluth, GA 30096
516898353    +Middlesex County Court Special Civil,   PO Box 1146,   New Brunswick, NJ 08903-1146
516898356    +New Jersey Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516898357    +Ocwen Loan Servicing L,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
516898358    +Surcharge Violation System State of NJ,   PO BOX 4850,   Trenton, NJ 08650-4850
516898359    +The Bank of New York Mellon,   200 Park Ave #54,   New York, NY 10166-5600
516898360    +The Honorable Ann G McCormick, J.S.C.,   56 Paterson Street,   P.O. Box 964,
               New Brunswick, NJ 08903-0964
516898361    +Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 23:06:48     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 23:06:46     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516898349    +E-mail/Text: bknotice@erccollections.com Sep 21 2017 23:06:55     Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516898351     E-mail/Text: cio.bncmail@irs.gov Sep 21 2017 23:06:24     Internal Revenue Service,
               44 South Clinton Ave,   Trenton, NJ 08601
516898354    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2017 23:06:45     Midland Funding,
               2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516898355    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2017 23:06:45     Midland Funding, LLC,
               PO Box 603,   Oaks, PA 19456-0603
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516898352*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Services,   P.O. Box 9052,
               Andover, MA 01810-9052)
516898350*   +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as Successor for JP Morgan Chase Bank,
               as Trustee for Residential Asset Mortgage Products, dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    trustee@hargravelaw.com,   jwh@trustesolutions.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Henry  Martinez yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                              TOTAL: 4
```